UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Alesia N. Daniels v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11716-DRH |
| *Jocelyn B. Doby v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.   10-cv-13712-DRH |
| *Mary Katherine Jones, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.   11-cv-12300-DRH |
| *Rachel Talbot v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13549-DRH |
| *Luciana Zeigler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10897-DRH |
| *Connie Holder v. Bayer Corporation, et al.* | No. 11-cv-11074-DRH |
| *Kathryn Ocampo v. Bayer Corporation, et al.* | No. 11-cv-11809-DRH |
| *Amanda Bodkins, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10757-DRH |
| *Kimela Marcum v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11663-DRH |
| *Sharon Anne Fox v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13315-DRH |
| *Mary Katherine Newcomb v.. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10844-DRH |

| | |
|---|---|
| *Lekecia C. Milam v. Bayer Corporation, et al.* | No. 10-cv-20245-DRH |
| *Deborah Williams, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20027-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 21, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

 NANCY J. ROSENSTENGEL,
 CLERK OF COURT

 BY:   /s/*Sara Jennings*
  **Deputy Clerk**

Dated:  October 29, 2013

David R. Herndon
2013.10.29 13:06:49 -05'00'

APPROVED:
 CHIEF JUDGE
 U. S. DISTRICT COURT

2